Case 4:21-cr-00072-BMM   Document 20   Filed 01/06/22   Page

FILED
01/06/2022
Clerk, U.S. District Court
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-21-72-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRANDON LAMAR LOUIS JAMES | |
| Defendant. | |

Upon the United Sates' motion, and for good cause shown,

IT IS ORDERED that the superseding indictment and case against Brandon Lamar Louis James is UNSEALED.

DATED this 6th day of January, 2022.

_____
John Johnston
United States Magistrate Judge

1